IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MOB ENTERTAINMENT, INC., <br><br> *Plaintiff,* <br><br> - v.- <br><br> LLC GRATEFUL DIGITAL FRIEND, <br><br> *Defendant.* | Cause No.: <br><br><br> **COMPLAINT** <br><br><br> <u>JURY TRIAL DEMANDED</u> |

Plaintiff Mob Entertainment, Inc. ("Mob Entertainment") by its undersigned counsel as and for its Complaint against Defendant LLC GRATEFUL DIGITAL FRIEND ("Grateful Digital") hereby alleges as follows:

## NATURE OF THE ACTION

This is a copyright infringement action arising out of Grateful Digital's unauthorized and willful actions in obtaining a copyright application bearing Mob Entertainment's copyrights.

## THE PARTIES

1. Plaintiff Mob Entertainment is a Missouri corporation, having a principal place of business at 720 Olive Street, Saint Louis, MO 63101.

2. On information and belief, Defendant Grateful Digital is a Ukrainian limited liability corporation having a principal place of business at 15, Khokhovykh Simui str Kyiv, 04119, Ukraine.

## JURISDICTION AND VENUE

3. This action arises under 17 U.S.C. § 101 et seq. for infringement of copyrights owned by Mob Entertainment.

4. This Court has subject matter jurisdiction over this copyright infringement claim pursuant to 28 U.S.C. §§ 1331, 1332(a), and 1338(a).

5. This Court has personal jurisdiction over Grateful Digital because, among other things, Grateful Digital's conduct constituting copyright infringement constitutes sufficient minimum contacts for due process, and the exercise of jurisdiction would not offend traditional notions of fair play and substantial justice.

6. Venue is proper in this judicial district under 28 U.S.C. §§ 1391(c)(3). Venue is proper as to a foreign defendant in any district.

## BACKGROUND

### Mob Entertainment and the Copyrighted Works

7. Mob Entertainment began in 2014 as a hobby outlet for animated passion projects and has grown into a digital media company.

8. Mob Entertainment is the creator, owner, and distributor of Poppy Playtime, a popular streaming video game, boasting over 74,000 reviews on Steam, a Microsoft Windows gaming platform. Poppy Playtime is also distributed on gaming consoles (such as PlayStation and Switch) and on other websites, such as Roblox.com. With Steam, consoles, and Roblox, Poppy Playtime has over 40,000,000 players worldwide.

9. Since being released in October 2021, Poppy Playtime has achieved global success and has led to "Poppy Playtime: Chapter 2" being released in March 2022, and "Poppy Playtime: Chapter 3" being released in January 2024.

10.     Mob Entertainment has created various original works of visual art found in the video game Poppy Playtime and its related videos and products.

11.     Mob Entertainment owns many copyright registrations for the Poppy Playtime video game, including the registrations from Poppy Playtime: Chapter 3 shown in Table 1 below, also attached as Exhibit 1, hereto.

| Copyright | Copyright Reg. No. | Copyrighted Design |
|---|---|---|
| CH3 Main Character CatNap (big) | VAU001501019 | |
| CH3 Main Character CatNap (plush) | VAU001501018 | |
| CH3 Character 2 Bobby BearHug (plush) | VAU001505729 | |

| Copyright | Copyright Reg. No. | Copyrighted Design |
|---|---|---|
|  |  |  |
| CH3 Character 3<br><br>Hoppy Hopscotch<br><br>(plush) | VAU001505841 |  |
| CH3 Character 4<br><br>KickinChicken<br><br>(plush) | VAU001505833 |  |

| Copyright | Copyright Reg. No. | Copyrighted Design |
|---|---|---|
| CH3 Character 5 DogDay (plush) | VAU001505728 | |
| CH3 Character 6 Bubba Bubbaphant (plush) | VAU001505840 | |
| CH3 Character 7 PickyPiggy (plush) | VAU001505843 | |

5

| Copyright | Copyright Reg. No. | Copyrighted Design |
|---|---|---|
| | | |
| CH3 Character 8 CraftyCorn (plush) | VAU001505842 | |
| Smiling Critters Logo | 1-13792422361 | |

Table 1

**Infringement by Defendants**

12. Grateful Digital willfully and knowingly applied for and received a copyright covering Mob Entertainment's copyrighted works. For example, shown below in Figures 1 and 2 are screenshots of the copyright registration received by Grateful Digital.

![Certificate of Registration for Registration Number VA 2-385-159, Title of Work: Graphic image "Amusing Critters", Author: Pavlo Dmytriiev, Copyright Claimant: LLC «GRATEFUL DIGITAL FRIEND», 15, Khokhlovykh Simyi str., Kyiv, 04119, Ukraine]



Figure 1





Figure 2

9

**Notice of Infringement to Defendants**

13. On June 3, 2024, counsel for Mob Entertainment sent a letter to Grateful Digital via email, offering to resolve Grateful Digital's unauthorized use of Mob Entertainment's copyrights. The June 3, 2024, letter is attached as Exhibit 2, hereto.

14. This lawsuit was necessitated because Grateful Digital has refused to expressly abandon its copyright covering Mob Entertainment's copyrighted works.

## COUNT I

### FEDERAL COPYRIGHT INFRINGEMENT OF THE CATNAP COPYRIGHT (17 U.S.C. § 501)

15. Mob Entertainment repeats and incorporates herein each of the preceding paragraphs.

16. CatNap is an original work of Mob Entertainment and is protectable by the copyright laws of the United States.

17. Mob Entertainment owns all rights and title to the copyright for CatNap.

18. Grateful Digital has copied, filed for a copyright, and received a copyright including CatNap.

19. Grateful Digital's conduct has infringed on Mob Entertainment's rights in CatNap.

20. Mob Entertainment has been damaged by the aforementioned infringement. Mob Entertainment claims actual damages or statutory damages and attorney fees for Grateful Digital's infringement of the CatNap copyright.

## COUNT II

## FEDERAL COPYRIGHT INFRINGEMENT OF THE BOBBY BEARHUG COPYRIGHT (17 U.S.C. § 501)

1. Mob Entertainment repeats and incorporates herein each of the preceding paragraphs.

2. Bobby BearHug is an original work of Mob Entertainment and is protectable by the copyright laws of the United States.

3. Mob Entertainment owns all rights and title to the copyright for Bobby BearHug.

4. Grateful Digital has copied, filed for a copyright, and received a copyright including Bobby BearHug.

5. Grateful Digital's conduct has infringed on Mob Entertainment's rights in Bobby BearHug.

6. Mob Entertainment has been damaged by the aforementioned infringement. Mob Entertainment claims actual damages or statutory damages and attorney fees for Grateful Digital's infringement of the Bobby BearHug copyright.

## COUNT III

## FEDERAL COPYRIGHT INFRINGEMENT OF THE HOPPY HOPSCOTCH COPYRIGHT (17 U.S.C. § 501)

1. Mob Entertainment repeats and incorporates herein each of the preceding paragraphs.

2. Hoppy Hopscotch is an original work of Mob Entertainment and is protectable by the copyright laws of the United States.

3. Mob Entertainment owns all rights and title to the copyright for Hoppy Hopscotch.

4. Grateful Digital has copied, filed for a copyright, and received a copyright including Hoppy Hopscotch.

5. Grateful Digital's conduct has infringed on Mob Entertainment's rights in Hoppy Hopscotch.

6. Mob Entertainment has been damaged by the aforementioned infringement. Mob Entertainment claims actual damages or statutory damages and attorney fees for Grateful Digital's infringement of the Hoppy Hopscotch copyright.

## COUNT IV

## FEDERAL COPYRIGHT INFRINGEMENT OF THE KICKINCHICKEN COPYRIGHT
## (17 U.S.C. § 501)

1. Mob Entertainment repeats and incorporates herein each of the preceding paragraphs.

2. KickinChicken is an original work of Mob Entertainment and is protectable by the copyright laws of the United States.

3. Mob Entertainment owns all rights and title to the copyright for KickinChicken.

4. Grateful Digital has copied, filed for a copyright, and received a copyright including KickinChicken.

5. Grateful Digital's conduct has infringed on Mob Entertainment's rights in KickinChicken.

6. Mob Entertainment has been damaged by the aforementioned infringement. Mob Entertainment claims actual damages or statutory damages and attorney fees for Grateful Digital's infringement of the KickinChicken copyright.

## COUNT V

## FEDERAL COPYRIGHT INFRINGEMENT OF THE DOGDAY COPYRIGHT (17 U.S.C. § 501)

1. Mob Entertainment repeats and incorporates herein each of the preceding paragraphs.

2. DogDay is an original work of Mob Entertainment and is protectable by the copyright laws of the United States.

3. Mob Entertainment owns all rights and title to the copyright for DogDay.

4. Grateful Digital has copied, filed for a copyright, and received a copyright including DogDay.

5. Grateful Digital's conduct has infringed on Mob Entertainment's rights in DogDay.

6. Mob Entertainment has been damaged by the aforementioned infringement. Mob Entertainment claims actual damages or statutory damages and attorney fees for Grateful Digital's infringement of the DogDay copyright.

## COUNT VI

### FEDERAL COPYRIGHT INFRINGEMENT OF THE BUBBA BUBBAPHANT COPYRIGHT (17 U.S.C. § 501)

1. Mob Entertainment repeats and incorporates herein each of the preceding paragraphs.

2. Bubba Bubbaphant is an original work of Mob Entertainment and is protectable by the copyright laws of the United States.

3. Mob Entertainment owns all rights and title to the copyright for Bubba Bubbaphant.

4. Grateful Digital has copied, filed for a copyright, and received a copyright including Bubba Bubbaphant.

5. Grateful Digital's conduct has infringed on Mob Entertainment's rights in Bubba Bubbaphant.

6. Mob Entertainment has been damaged by the aforementioned infringement. Mob Entertainment claims actual damages or statutory damages and attorney fees for Grateful Digital's infringement of the Bubba Bubbaphant copyright.

## COUNT VII

### FEDERAL COPYRIGHT INFRINGEMENT OF THE PICKYPIGGY COPYRIGHT (17 U.S.C. § 501)

1. Mob Entertainment repeats and incorporates herein each of the preceding paragraphs.

2. PickyPiggy is an original work of Mob Entertainment and is protectable by the copyright laws of the United States.

3. Mob Entertainment owns all rights and title to the copyright for PickyPiggy.

4. Grateful Digital has copied, filed for a copyright, and received a copyright including PickyPiggy.

5. Grateful Digital's conduct has infringed on Mob Entertainment's rights in PickyPiggy.

6. Mob Entertainment has been damaged by the aforementioned infringement. Mob Entertainment claims actual damages or statutory damages and attorney fees for Grateful Digital's infringement of the PickyPiggy copyright.

### COUNT VIII

### FEDERAL COPYRIGHT INFRINGEMENT OF THE CRAFTYCORN COPYRIGHT (17 U.S.C. § 501)

1. Mob Entertainment repeats and incorporates herein each of the preceding paragraphs.

2. CraftyCorn is an original work of Mob Entertainment and is protectable by the copyright laws of the United States.

3. Mob Entertainment owns all rights and title to the copyright for CraftyCorn.

4. Grateful Digital has copied, filed for a copyright, and received a copyright including CraftyCorn.

5. Grateful Digital's conduct has infringed on Mob Entertainment's rights in CraftyCorn.

6. Mob Entertainment has been damaged by the aforementioned infringement. Mob Entertainment claims actual damages or statutory damages and attorney fees for Grateful Digital's infringement of the CraftyCorn copyright.

## COUNT IX

## FEDERAL COPYRIGHT INFRINGEMENT OF THE SMILING CRITERS LOGO COPYRIGHT (17 U.S.C. § 501)

1. Mob Entertainment repeats and incorporates herein each of the preceding paragraphs.

2. The Smiling Critters Logo is an original work of Mob Entertainment and is protectable by the copyright laws of the United States.

3. Mob Entertainment owns all rights and title to the copyright for Smiling Critters Logo.

4. Grateful Digital has copied, filed for a copyright, and received a copyright including Smiling Critters Logo.

5. Grateful Digital's conduct has infringed on Mob Entertainment's rights in Smiling Critters Logo.

6. Mob Entertainment has been damaged by the aforementioned infringement. Mob Entertainment claims actual damages or statutory damages and attorney fees for Grateful Digital's infringement of the Smiling Critters Logo copyright.

### PRAYER FOR RELIEF

WHEREFORE, Mob Entertainment prays for relief as follows:

A. For a judgment determining that Grateful Digital has infringed Mob Entertainment's copyrights in violation of 17 U.S.C. § 501;

B. For a finding that such copyright infringement was willful;

C. For a judgment awarding Mob Entertainment (i) its actual damages in an amount to be determined, (ii) any profits of Grateful Digital, (iii) statutory damages of $150,000 per act

of infringement, and (iv) costs of this action including attorneys' fees as permitted pursuant to 17 U.S.C. §§ 504 and 505;

  D. For a judgment preliminarily and permanently enjoining and restraining Grateful Digital, including its officers, directors, employees, agents, and servants, and all those in active concert of participation with any of them, from directly or indirectly infringing Mob Entertainment's copyrights;

  E. For a judgment awarding Mob Entertainment any other damages to which it is entitled under statute or common law; and

  F. For such other and further relief as the Court deems just and proper.

## DEMAND FOR A JURY TRIAL

Mob Entertainment hereby demands a trial by jury in this action.

Date: June 14, 2024             /s/ Matthew L. Cutler
**HARNESS, DICKEY & PIERCE, P.L.C.**
Matthew L. Cutler
7700 Bonhomme, Suite 400
Clayton, MO 63105
Telephone: (314) 726-7500
Facsimile: (314) 726-7501
E-mail: mcutler@harnessip.com

*Attorneys for Plaintiff, Mob Entertainment, Inc.*